# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

CLEVELAND GROVER MEREDITH, JR., A/K/A CLEVE MEREDITH

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:26-mj-1155

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Cleveland Grover Meredith, Jr., a/k/a Cleve Meredith

and bring him or her forthwith before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: transmitting an interstate threat to injure

in violation of 18, United States Code, Section(s) 875(c).

J. ELIZABETH MCBATH
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

October 29, 2026
Atlanta, Georgia
Date and Location

Bail Fixed at $________________________ by ________________________

Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

____________________________________________

Date Received:________________________

Name and Title of Arresting Officer

Date of Arrest:________________________

Signature of Arresting Officer