SW Sealing Order; Rev. 9/23

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Oct 29 2026
KEVIN P. WEIMER , Clerk
By: s/ Theresa Bass
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>CLEVELAND GROVER MEREDITH, JR., A/K/A CLEVE MEREDITH | Criminal Action<br><br>No. 1:26-mj-1155<br><br>Under Seal |

**COMPLAINT AND ARREST WARRANT SEALING ORDER**

Having read and considered the Government's Motion to Seal the Complaint, Arrest Warrant and Related Materials, and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned complaint and arrest warrant, arrest warrant application and affidavit (and any attachments thereto), and motion and Order to seal, be SEALED.

SO ORDERED, this 29th day of OCTOBER 2026.

J. Elizabeth McBath

J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Oct 29 2026
KEVIN P. WEIMER, Clerk
By: s/ Theresa Bass
Deputy Clerk

Prepared by:
Bernard J. Eyth
Assistant United States Attorney