# MAGISTRATE'S CRIMINAL MINUTES – COMPLAINT

DATE: 11/2/2026 @ 1:39pm

TAPE: FTR

TIME IN COURT: 5min

MAGISTRATE JUDGE: RUSSELL G. VINEYARD
COURTROOM DEPUTY: A. ZARKOWSKY

CASE NUMBER: 1:26MJ1155-JEM
DEFENDANT'S NAME: Cleveland Meredith, Jr.

AUSA: Lauren Renaud
DEFENDANT'S ATTY: Keenan Twyman

USPO / PTR: ____
☐ Retained ☐ CJA ☑ FDP ☐ Waived

✓ Arrest Date: 11/2/2026

✓ Initial appearance hearing held.

___ Interpreter sworn: ____

## COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant. ___ INITIAL APPEARANCE ONLY.

___ ORDER appointing ____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: ____

___ ORDER giving defendant ____ to employ counsel. ☐ Verbal ☐ Order to follow

## PRELIMINARY HEARING

✓ Preliminary hearing set/reset/cont to 11/5/2026 @ 9:30AM

___ Defendant WAIVES preliminary hearing. ___ WAIVER FILED

___ Preliminary hearing HELD. ___ Probable cause found; defendant held to District Court

___ Miscellaneous: ____

## BOND/PRETRIAL DETENTION HEARING

✓ Government motion for detention filed. Pretrial hearing set for ____ @ ____

✓ Temporary Commitment issued. Remanded to USM.

___ Bond/Pretrial detention hearing held.

___ Government motion for detention ☐ Granted ☐ Denied ☐ Waived ☐ Withdrawn

___ Pretrial detention ordered. ___ Written order to follow

_____ BOND set at $ ____________ _______ NON-SURETY _____ SURETY
_____ cash _______ property _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: ______________________________________________
________________________________________________________________

_____ Bond filed. Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion () verbal to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

WITNESSES:

________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

EXHIBITS:

________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

Original Exhibits _____ RETAINED by the Court _____ RETURNED to counsel