AO 470 (8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV - 2 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

**CLEVELAND GROVER MEREDITH, JR.**

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CASE NO. 1:26-MJ-1155-JEM

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for THURSDAY, NOVEMBER 5, 2026, at 9:30 AM, before United States Magistrate Judge Russell G. Vineyard, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2022, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 2nd day of NOVEMBER, 2026.

Russell G. Vineyard

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE