IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>CLEVELAND GROVER MEREDITH JR. | Criminal Action No.<br>1:26-mj-1155 |

**Government's Supplemental Motion for Detention**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Lauren E. Renaud, Assistant United States Attorney for the Northern District of Georgia, files this Government's Supplemental Motion for Detention.

## 1. Procedural History

On October 29, 2026, the Defendant was charged via criminal complaint with one count of interstate threats, in violation of 18 U.S.C. § 875(c). Doc. 1. On November 2, 2026, the Defendant was arrested and made his initial appearance. Doc. 10. The Government filed a Motion for Detention. Doc. 7. This Motion supplements that motion with details about the nature and circumstances of the Defendant's offense. The Government will provide additional details at the detention hearing.

## 2. The Defendant's History of Online Threats and Harassment

The Defendant has been threatening and harassing individuals and institutions online for at least the last sixteen months. In July 2025, the Defendant

was referred to the FBI for threatening an individual via text and Facebook. Following the referral, the FBI conducted an interview with the Defendant about his posts and communications with the individual. The Defendant acknowledged making them but denied they were threatening in nature.

Undeterred after being interviewed by the FBI, the Defendant continued to threaten and harass online. On April 23, 2026, the Defendant posted the below message threatening federal judges on his Facebook account.




On July 14 and 16, 2026, respectively, the Defendant posted the following:







Beginning October 6, 2026, the Defendant posted several threatening and concerning messages calling for violence following the midterm elections scheduled for November 3, 2026. Specifically, on October 6, 2026, the Defendant posted the following:



On October 13 and 14, 2026, respectively, the Defendant posted the following:







Finally, on October 15, 2026, the Defendant posted the following:



The Defendant's repeated and wide-ranging threats demonstrate that he is a serious danger to the community.

**Conclusion**

The Government respectfully requests the Court grant the Government's Motion for Detention given the serious danger the Defendant presents to the community.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/LAUREN E. RENAUD
*Assistant United States Attorney*
Georgia Bar No. 241250
Lauren.renaud@usdoj.gov